# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132399 & (48)

FEI COMPANY, f/k/a U. S. CONVEYOR,
INC., n/k/a FABRICATING ENGINEERS
COMPANY,
        Plaintiff-Appellant,

v

REPUBLIC BANK. S.E.,
        Defendant-Appellee.
_____

SC:     132399
CoA:  268700
Macomb CC:  05-4891-CK

        On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.

        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2006

Clerk